IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **JONATHAN M. ROBINSON** | § | **PLAINTIFF** |
| | § | |
| v. | § | **Civil No. 1:16cv103-HSO-JCG** |
| | § | |
| **MARSHALL FISHER**, *et al.* | § | **DEFENDANTS** |

## FINAL JUDGMENT

This matter came on to be heard on the Report and Recommendation [28] of United States Magistrate Judge John C. Gargiulo, entered in this case on November 15, 2016, recommending that the Motion [19] to Dismiss for Failure to Exhaust Available Administrative Remedies filed by Defendant Ronald Woodall be granted. Also before the Court is the Motion [31] for Summary Judgment for Failure to Exhaust Administrative Remedies filed by Defendants Marshall Fisher and Unknown Crawson. The Court, after a full review and consideration of these Motions [19], [31], the Magistrate Judge's Report and Recommendation [28], the record as a whole, and relevant legal authority, finds that in accord with its Order entered herewith, along with its previous Order Dismissing Defendants Nurse Patterson and Nurse Brown [14],

**IT IS, ORDERED AND ADJUDGED,** that this civil action is **DISMISSED**.

**SO ORDERED AND ADJUDGED**, this the 1st day of March, 2017.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE